GLR/byk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DONNA W. WEST,

        Plaintiff,

v.                                            Case No.  06-2160-KHV-GLR

MIDWEST DIVISION-MMC, L.L.C.,

        Defendant.

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Amend Complaint in Response to the Court's Order to Show Cause (doc. 20).  Plaintiff seeks leave to file an amended complaint to appropriately allege subject matter jurisdiction.  Defendant has not filed any opposition to this motion within the time permitted under D. Kan. Rule 6.1(d)(1).  The Court will treat the motion as uncontested and grant it, pursuant to D. Kan. Rule 7.4.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to Amend Complaint in Response to the Court's Order to Show Cause (doc. 20) is granted.  In accordance with D. Kan. Rule 15.1, Plaintiff shall electronically file and serve her First Amended Complaint **within ten (10) days of the date of this Order**.

Dated in Kansas City, Kansas on this 16th day of November, 2006.

                                                      s/ Gerald L. Rushfelt
                                                      Gerald L. Rushfelt
                                                      United States Magistrate Judge

cc: All counsel