IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DONNA W. WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-2160 KHV |
| ) | |
| ) | |
| MIDWEST DIVISION--MMC, LLC ) | |
| d/b/a MENORAH MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties (Doc. #39), the Court hereby orders the dismissal, with prejudice, of this action. Each party shall bear her or its own costs, attorneys' fees, and other expenses of litigation.

IT IS SO ORDERED.

April 12, 2007                              s/ Kathryn H. Vratil
Date                                        KATHRYN H. VRATIL
                                            UNITED STATES DISTRICT JUDGE